**Motion Granted and Order filed September 29, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00943-CV

———————

### GERARDUS SMITH, Appellant

### V.

### R&R ASSETS, LLC AS ASSIGNEE OF JORDAN NOVELLI AND AMERICAN CAPITAL FUNDING CORP., Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2018-07356A**

## ORDER

The parties have filed a joint motion for a nunc pro tunc order correcting our opinion, judgment and mandate issued July 2, 2020, to reflect the correct trial court cause number. The motion is GRANTED.

Accordingly, we issue a corrected opinion, judgment and mandate nunc pro tunc.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Zimmerer and Poissant.